| **SPEEDY TRIAL WAIVER** |

## United States District Court for the District of Utah
## Utah Alternatives to Conviction (U-ACT) Application

Case No. 1:15-CR-78   United States v. TYSON PREECE

I am a defendant in the above-captioned case. I am executing this Speedy Trial Waiver in connection with my application to be considered for the court's U-ACT program. I have discussed with my attorney, and understand: (1) I have a right to have my case proceed to trial within the time period specified by a federal statute - 18 U.S.C. 3161; (2) the nature and conditions of the District of Utah's U-ACT program; (3) I am submitting an application for admission into the U-ACT program; (4) there is no specific period of time in which an opening in the program might become available or in which my application will be considered by the U-ACT selection committee; (5) this Speedy Trial Waiver will only be used in the event that my application is considered, and I am tentatively accepted into the U-ACT program pending the terms and conditions required for participation; (6) in the event I am tentatively accepted into the program, this signed Speedy Trial Waiver will be used in support of an Order entered by the U-ACT Judicial Officer excluding time under the Speedy Trial Act up to and including the date that a change of plea is entered and accepted by the Judicial Officer; and (7) in the event I am not ultimately accepted into the program for any reason, my case will proceed in normal course, including with my statutory rights to a speedy trial reinstated.

Understanding all of this: (1) I want to be considered for participation in the District of Utah's U-ACT program; (2) so that I can complete my application and have it reviewed by the U-ACT selection committee, I authorize my case to be transferred to the U-ACT Judicial Officer upon my tentative acceptance into the program; (3) upon my tentative acceptance into the program, I authorize the Judicial Officer to enter an Order excluding time under the Speedy Trial Act through and including the date that a change of plea is entered in connection with the program; and (4) I agree that any such time will be excluded from the time period set by statute in which my criminal case would otherwise have to proceed to trial, and that this is so even if I am not ultimately accepted into the U-ACT program.

I have discussed this with my attorney, and I understand, that by agreeing to this, I am waiving a right accorded to me by statute to have my trial begin within a specified period of time. If tentatively accepted into the U-ACT program, I am waiving this right knowingly and voluntarily because I want to be considered for participation in the U-ACT program and for no other reason.

_____     6/27/17
Defendant Signature                       Date

TYSON PREECE
Printed Name


I, Alexander E. Ramos, attorney for the defendant. I have carefully and thoroughly discussed with my client this Speedy Trial Waiver, including in particular: (1) my client's right to have the criminal case against my client proceed to trial within the time period specified by a federal statute - 18 U.S.C. 3161; (2) the nature and conditions of the District of Utah's U-ACT program; (3) that my client wishes to be considered for participation in the program; (4) that there is no time period specified in which an opening in the program might become available or any action might be taken on my client's application to the program; (5) that upon tentative acceptance into the program, my client's case will be transferred to the U-ACT Judicial Officer, who will enter an Order excluding time under the Speedy Trial Act incorporating and attaching this signed Speedy Trial Waiver; and (6) by signing this Speedy Trial Waiver, my client agrees to waive and does waive a right accorded by statute to have the trial in this case proceed within a specified time if my client is tentatively accepted into the U-ACT program. I believe my client is executing this Speedy Trial Waiver knowingly and voluntarily because my client wants to be considered for participation in the U-ACT program, and for no other reason. I concur in my client's waiver of his speedy trial rights as set forth in this Speedy Trial Waiver.

_____     6/27/2017
Attorney Signature                        Date

ALEXANDER E. RAMOS
Printed Name